AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP - 8 2019

David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Jorge Alfredo Castillo-VALADEZ<br>COB: MEXICO<br>YOB: 1989<br><br>*Defendant(s)* | Case No. M-19-2150-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __09/06/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | did knowingly and intentionally possess with the intent to distribute approximately 56.36 kilograms of Methamphetamine, a Schedule II controlled substance. |
| 21 USC 952 | did knowingly and intentionally import with the intent to distribute approximately 56.36 kilograms of Methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

SEE ATTACHMENT A

☑ Continued on the attached sheet.

/S/ Laron Smith
*Complainant's signature*

Laron Smith, HSI Special Agent
*Printed name and title*

Sworn to and executed by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: __September 8, 2019  10:55 a.m.__

City and state: __McAllen, TX__

Peter E. Omsby
*Judge's signature*

U.S. Magistrate Judge Peter E. Omsby
*Printed name and title*

# ATTACHMENT A

This affidavit is intended to establish sufficient probable cause and does not set forth all of my knowledge about this matter.

On September 6, 2019 at approximately 1732 hours, Jorge Alfredo Castillo VALADEZ (Mexican Citizen) while driving a 2005 Chevy Tahoe (Mexican license plate XKP-260A) applied for entry into the United States (U.S.) via the Donna, Texas, Port of Entry (POE). VALADEZ presented his Laser visa #MTM005634805 to CBPO Berjarano and requested a permit I-94 to travel to San Antonio, Texas. VALADEZ was asked for his itinerary and that is when he stated that he was traveling from Reynosa, Mexico to Six flags Fiesta Texas in San Antonio, Texas. VALADEZ did not have any luggage for his trip and he also advised CBPO Berjarno that he was traveling alone. Due to inconsistency in his travel, VALADEZ was referred to secondary.

During the secondary inspection, an X-ray scan indicated anomalies within the fuel tank of the vehicle. CBPO Villarreal and his assigned canine "Jergus" (ID# 160270) performed a search of the vehicle and "Jergus" indicated an alert on the vehicle. The fuel tank was removed from the vehicle and CBPO Gutierrez subsequently discovered a non-factory compartment in the fuel tank containing a substance which field tested positive for methamphetamine.

On September 6, 2019, at approximately 1802 hours, Homeland Security Investigations (HSI) Special Agent (SA) Ali Muhiuddin, (SA) Laron Smith and CBPO Luis Cantu interviewed VALADEZ, who waived his Miranda Rights in writing. Miranda rights were read in Spanish by CBPO Cantu. The interview was conducted in the Spanish language and translated by CBPO Cantu. VALADEZ stated the following in summary:

VALADEZ met a subject via facebook in Mexico that solicited him to smuggle drugs into the United States. On the morning of September 3, 2019, VALADEZ confirmed his interest to the subject to smuggle narcotics into the U.S. in exchange for $2,000- $2,500 in compensation. In the evening of September 6, 2019, the subject provided a vehicle to VALADEZ, which they were both aware contained narcotics. VALADEZ did not know the amount of the narcotics within the vehicle, however knew it contained drugs. VALADEZ did not think that it was marijuana but in fact, thought it was cocaine. VALADEZ subsequently attempted to enter the U.S. in the said vehicle via the Donna POE. VALADEZ indicated he risked smuggling narcotics into the U.S. due to the fact that he thought his wife would be hurt.

The methamphetamine was later extracted from the fuel tank and weighed for a total of 56.36 kilograms.